FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC - 6 2017

BY_____
DEPUTY_____

Crone-Giblin

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 1:17-CR-150 |
| v. | § | |
| | § | |
| KESHAWN DEVON THOMAS | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about November 14, 2017, in the Eastern District of Texas, **Keshawn Devon Thomas,** defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: Evading Detention, a felony, in Case Number 13-17527, in the 252nd Criminal District Court in Jefferson County, Texas, on August 26, 2013; Delivery of a Controlled Substance, a felony, in Case Number 13-17446, in the 252nd Criminal District Court in Jefferson County, Texas, on August 26, 2013; Delivery of a Controlled Substance, a felony, in Case Number 13-16655, in the 252nd Criminal District Court in Jefferson County, Texas, on August 5, 2013; Delivery of a Controlled Substance, a felony, in Case Number 13-16654, in the 252nd Criminal District Court in Jefferson County, Texas, on August 5, 2013; Delivery of a Simulated Controlled Substance, a felony, in Case Number 12-15585, in the 252nd Criminal District Court in Jefferson County, Texas, on August 5, 2013; Evading Detention, a felony, in

Indictment – Page 1

Case Number 12-15422, in the 252nd Criminal District Court in Jefferson County, Texas, on August 5, 2013; and Possession of a Controlled Substance, a felony, in Case Number 07-02310, in the 252nd Criminal District Court in Jefferson County, Texas, on August 20, 2009; did knowingly possess in and affecting interstate and foreign commerce, a firearm, namely: one (1) SCCY Industries, Model: CPX-2, 9mm pistol, bearing serial number 563283.

In violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE
Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

As the result of committing the felony offense in violation of 18 U.S.C. § 922(g)(1) alleged in Count One of this indictment, defendant, **Keshawn Devon Thomas,** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the offense, including but not limited to the following:

**one (1) SCCY Industries, Model: CPX-2, 9mm pistol, bearing serial number 563283.**

A TRUE BILL

GRAND JURY FOREPERSON

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

JOHN B. ROSS
Assistant United States Attorney

12/6/2017
Date

**Indictment – Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No.  1:17-CR-150 |
| v. | § | |
| | § | |
| KESHAWN DEVON THOMAS | § | |

## NOTICE OF PENALTY

### Count One

Violation:    18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Penalty:    Imprisonment of not more than ten (10) years, a fine not to exceed $250,000, or twice the pecuniary gain to the defendant or loss to the victim, whichever is greater, or both; a term of supervised release of not more than three (3) years.  If the Court determines that the defendant is an Armed Career Offender under 18 U.S.C. § 924(e), imprisonment of not less than 15 years and not more than life, a fine not to exceed $250,000, or both; a term of supervised release of not more than five (5) years.

Special Assessment:  $ 100.00

Indictment – Page 3