IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB - 7 2018

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No.  1:17-CR-150 |
| v. | § | |
| | § | |
| KESHAWN DEVON THOMAS | § | |
| EBONY LOREIN CHATMAN | § | |

## FIRST SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(a)(6)
(False Statement During Purchase of a
Firearm)

On or about October 6, 2017, in the Eastern District of Texas, **Ebony Lorein Chatman,** defendant, in connection with the acquisition of a firearm, that is, an SCCY Industries, Model: CPX-2, 9mm pistol, bearing serial number 563283, from Academy Sports and Outdoors #37, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false written statement intended and likely to deceive Academy Sports and Outdoors #37 as to a fact material to the lawfulness of the sale of the firearm to the defendant, in that the defendant represented that the she was the actual buyer of the firearm, when in fact the firearm was being

Indictment – Page 1

acquired for another person.

In violation of 18 U.S.C. § 922(a)(6).

## Count Two
Violation: 18 U.S.C. § 922(d)
(Transfer of a Firearm to a Felon)

On or about November 14, 2017, in the Eastern District of Texas, **Ebony Lorein Chatman,** defendant, knowingly loaned a firearm, that is, an SCCY Industries, Model: CPX-2, 9mm pistol, bearing serial number 563283, to Keshawn Devon Thomas, knowing and having reasonable cause to believe that Keshawn Devon Thomas had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of 18 U.S.C. § 922(d) and 924(a)(2).

## Count Three
Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about November 14, 2017, in the Eastern District of Texas, **Keshawn Devon Thomas,** defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: Evading Detention, a felony, in Case Number 13-17527, in the 252nd Criminal District Court in Jefferson County, Texas, on August 26, 2013; Delivery of a Controlled Substance, a felony, in Case Number 13-17446, in the 252nd Criminal District Court in Jefferson County, Texas, on August 26,

Indictment – Page 2

2013; Delivery of a Controlled Substance, a felony, in Case Number 13-16655, in the 252nd Criminal District Court in Jefferson County, Texas, on August 5, 2013; Delivery of a Controlled Substance, a felony, in Case Number 13-16654, in the 252nd Criminal District Court in Jefferson County, Texas, on August 5, 2013; Delivery of a Simulated Controlled Substance, a felony, in Case Number 12-15585, in the 252nd Criminal District Court in Jefferson County, Texas, on August 5, 2013; Evading Detention, a felony, in Case Number 12-15422, in the 252nd Criminal District Court in Jefferson County, Texas, on August 5, 2013; and Possession of a Controlled Substance, a felony, in Case Number 07-02310, in the 252nd Criminal District Court in Jefferson County, Texas, on August 20, 2009; did knowingly possess in and affecting interstate and foreign commerce, a firearm, namely: one (1) SCCY Industries, Model: CPX-2, 9mm pistol, bearing serial number 563283.

In violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

As the result of committing the felony offenses in violation of 18 U.S.C. §§ 922(a)(6), 922(d), and 922(g)(1) alleged in this indictment, defendants, **Ebony Lorein Chatman** and **Keshawn Devon Thomas**, shall forfeit to the United States, pursuant to

Indictment – Page 3

18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the

offense, including but not limited to the following:

**one (1) SCCY Industries, Model: CPX-2, 9mm pistol, bearing serial number 563283.**

A TRUE BILL

_____
GRAND JURY FOREPERSON

ALAN R. JACKSON
UNITED STATES ATTORNEY

_____
JOHN B. ROSS
Assistant United States Attorney

02/07/2018
_____
Date

Indictment – Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No.  1:17-CR-150 |
| v. | § | |
| | § | |
| KESHAWN DEVON THOMAS | § | |
| EBONY LOREIN CHATMAN | § | |

## NOTICE OF PENALTY

### Count One

Violation:          18 U.S.C. §§ 922(a)(6) and 924(a)(2)

Penalty:            Imprisonment of not more than ten (10) years, a fine not to
exceed $250,000, or twice the pecuniary gain to the defendant
or loss to the victim, whichever is greater, or both; a term of
supervised release of not more than three (3) years.

Special Assessment:  $ 100.00

### Count Two

Violation:          18 U.S.C. §§ 922(d) and 924(a)(2)

Penalty:            Imprisonment of not more than ten (10) years, a fine not to
exceed $250,000, or twice the pecuniary gain to the defendant
or loss to the victim, whichever is greater, or both; a term of
supervised release of not more than three (3) years.

Special Assessment:  $ 100.00

Indictment – Page 5

## Count Three

Violation:            18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Penalty:             Imprisonment of not more than ten (10) years, a fine not to
                     exceed $250,000, or twice the pecuniary gain to the defendant
                     or loss to the victim, whichever is greater, or both; a term of
                     supervised release of not more than three (3) years.  If the
                     Court determines that the defendant is an Armed Career
                     Offender under 18 U.S.C. § 924(e), imprisonment of not less
                     than 15 years and not more than life, a fine not to exceed
                     $250,000, or both; a term of supervised release of not more
                     than five (5) years.

Special Assessment:   $ 100.00

**Indictment – Page 6**